IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PROXIBID, INC.,                    )
                                   )
          Plaintiff,               )     8:11CV307
                                   )
     v.                            )
                                   )
PRIME TIME TIXX, INC., d/b/a       )     ORDER
RED ZONE TICKETS and BRETT         )
FRANKSMANN,                        )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 14). Accordingly,

　　IT IS ORDERED:

　　1) The stipulation is approved and adopted.

　　2) This action is dismissed with prejudice, each party to pay their own costs and attorney fees.

　　DATED this 11th day of October, 2011.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　_____
　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　United States District Court